# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Kyle David Walters,

Inmate ID Number: 1500582861

Kyle David Walters 1500582861,
*(Write the full name and inmate ID
number of the Plaintiff.)*

**Case No.:** 3:21CV1045- mcR-HTC
*(To be filled in by the Clerk's Office)*

v.

Escambia County Jail,

Escambia County Board of Commissions

Escambia County Sherriff office
*(Write the full name of each
Defendant who is being sued. If the
names of all the Defendants cannot
fit in the space above, please write
"see attached" in the space and
attach an additional page with the
full list of names. Do not include
addresses here.)*

**Jury Trial Requested?**
☐ YES  ☒ NO

FILED USDC FLND PN
SEP 20 '21 PM3:17 GM

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Kyle David Walters   ID Number: 1500582861

List all other names by which you have been known: Kyle, David,
David walters, Kyle D walters,

Current Institution: Escambia County Jail

Address: 3080 Nth Pace blvd, Pensacola
FL, 32522

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.   Do this for *every* Defendant:

1. Defendant's Name: Escambia County Jail

   Official Position: Escambia County Jail

   Employed at: Escambia County Jail

   Mailing Address: 3080 Nth Pace blvd, Pensacola
   FL, 32522

   ☐ Sued in Individual Capacity        ☒ Sued in Official Capacity

2. Defendant's Name: Escambia County Board of Commissions

   Official Position: Escambia County Board of Commissions

   Employed at: Escambia County Board of Commissions

   Mailing Address: 221 Palafox Place

   Pensacola FL, 32502

   ☐ Sued in Individual Capacity       ☒ Sued in Official Capacity

3. Defendant's Name: Escambia County Sherriff office

   Official Position: Escambia County Sherriff office

   Employed at: Escambia County Sherriffs office.

   Mailing Address: 1700 Leanord St

   Pensacola FL, 32501

   ☐ Sued in Individual Capacity       ☒ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☒ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☒ Pretrial Detainee          ☐ Civilly Committed Detainee

☐ Convicted State Prisoner    ☐ Convicted Federal Prisoner

☐ Immigration Detainee        ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

Since My Incarceration on the 2nd day of September 2021, I have directly or Indirectly have been Affected by Each of the following facts. We Have No law library to access, Poor living Conditions, a flooding/Non-draining Shower drain in Dorm G Pod 101. Toilets in Dorm G Pod 101 do Not flush Properly, they toilets backflow. I have been Put at Risk of the Covid-19 Disease Due to No Quarantining. Food is Always Cold and is Never Served warm. I have Not been aloud to recieve any Personal Papers from My Property that I brought with me from another Jail. I have Not recieved any legal Documentation about who My Appointed Attorney is since the 3rd day of Sep 2021.

**Statement of Facts Continued** *(Page 2 of 2 )*

Corrections officers are Not required
t wear mask. The Law library
is only available to those who Go
Pro-se. Some showers have no hot
water.

Any Dental Service At Escambia County
Jail is dependant on Outside help. Without
Which you will Not have any dental help. Medical
Service is dependant on Sick calls. If Nurse
forgets to turn Sick Call in you have to wait
another 24 hours to turn in another Sick Call.
Housed with ~~som~~ Persons Convicted
of Crimes while I am only a
Pre-trial detanee.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

The Right to law library is Not right. Health and Safety is Put at Risk due to lack of medical attention (dependant on nurses only) and faults in facilities Structure and Maintenance. As well as A violation of my 4th Amendment Rights in Regards to my Personal Papers! housed where Inmates test positive for Covid.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Punitive for mental anguish, housed with Inmates who test Positive for Covid and are Released back into General Population. Any and all relief that the Court Finds Proper and Just.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case.  42 U.S.C. § 1997e(a).  **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.  PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES   ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1.  Date: _____ Case #: _____

    Court: _____

2.  Date: _____ Case #: _____

    Court: _____

3.  Date: _____ Case #: _____

    Court: _____

*(If necessary, list additional cases on an attached page)*

B.  Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES   ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES ☒ NO

If you answered yes, identify all lawsuits:

1. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

5.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

6.  Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

*(Attach additional pages as necessary to list all cases.* ***Failure to
disclose all prior cases may result in the dismissal of this case.)***

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all
continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 9/14/2021 Plaintiff's Signature: _____

Printed Name of Plaintiff: Kyle David Walters

Correctional Institution: Escambia County Jail

Address: P.O. Box 17800 Pensacola FL, 32522
3G101.8 D

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☒ deposited in**

the prison's mail system for mailing on the __14th__ day of __September__,
20__21__.


Signature of Incarcerated Plaintiff: _____

Kyle Landiver
Esc. County Jail
3G10 D
P.o. Box 17800
Pensacola, FL 32522

RECEIVED

U.S. Courthouse
1 N. Palafox St
Pensacola, FL 32502-5665

Mailed From
Escambia County Jail
Dorm  G