# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KYLE D. WALTERS,

    Plaintiff,

v.   Case No. 3:21cv1045-MCR-HTC

ESCAMBIA COUNTY JAIL,
ESCAMBIA COUNTY SHERIFF'S OFFICE,
ESCAMBIA COUNTY BOARD OF COMMISSIONS,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 11, 2021 (ECF No. 5), which recommends this case be dismissed without prejudice for Plaintiff's failure to prosecute and failure to comply with a Court order.  The clerk was unable to furnished Plaintiff with a copy of the Report and Recommendation as Plaintiff is no longer located at the Escambia County Jail and no forwarding address has been provided. Plaintiff has not adhered to the Court's Show Cause Order of October 21, 2021.  There have been no timely filed objections to the Report and Recommendation pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (ECF Doc. 5) is adopted and incorporated by reference in this order.

(2) This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 10th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv1045-MCR-HTC